IN THE
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 7:19-CV-70 |
| v. | ) | |
| | ) | |
| 11.07 ACRES OF LAND, OWNED | ) | By: Robert S. Ballou |
| BY A. DOUGLAS DALTON JR., | ) | United States Magistrate Judge |
| PITTSYLVANIA COUNTY TAX MAP | ) | |
| PARCEL NO. 2417-58-4539 AND BEING | ) | |
| MVP PARCEL NO. VA-PI-073, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Scheduling Order entered in this matter (Dkt. No. 1) is amended as follows:

1. Paragraph 20: Expert witnesses who are retained or specially employed to provide expert testimony in the case or whose duties as an employee of the party regularly involve giving expert testimony must prepare a written report that conforms to the requirements of Rule 26(a)(2)(B). Unless the parties otherwise agree or the court otherwise directs, the plaintiff must disclose the written report of each expert no later than 150 days before the date of trial, and the defendant must disclose the written report of each expert no later than 150 days before the date of trial.

2. Paragraph 21: With respect to expert witnesses who are not retained or specially employed to provide expert testimony, who may qualify as both an expert and a fact witness, the plaintiff must disclose the identity of any such witnesses and provide the information required by

Rule 26(a)(2)(C) no later than 150 days before the date of trial. The defendant must disclose the identity of any such witness and provide the information required by Rule 26(a)(2)(C) no later than 150 days before the date of trial.

3. Paragraph 22: Expert testimony intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rules 26(a)(2)(B) or (C) shall be disclosed no later than 105 days before trial.

All other provisions of the Scheduling Order shall remain in effect.

It is **SO ORDERED**.

Entered: February 5, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge